**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000177**
**08-DEC-2016**
**09:04 AM**

NO. CAAP-16-0000177

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Plaintiff-Appellee,
v.
GD, Defendant-Appellant, and
JG, Defendant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-P NO. 10-1-0046)

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, and Fujise and Reifurth, JJ.)

Defendant-Appellant GD ("Mother") appeals from the February 11, 2016 Order Denying Defendant's Motion and Affidavit for Order to Show Cause and Relief After Order or Decree, Filed on October 8, 2015 ("February 11, 2016 Order") entered by the Family Court of the Third Circuit ("Family Court").[1] On appeal, Mother appears to assert that her right to privacy, her Fourth Amendment right, and discrimination laws were violated by the Child Support Enforcement Agency, State of Hawaiʻi.

Upon careful review of the record and the brief submitted by Mother[2] and having given due consideration to the arguments advanced and the issues raised, we resolve Mother's points of error as follows, and affirm.

_____

[1]    The Honorable Henry T. Nakamoto presided.

[2]    No answering brief was submitted in this case.

Mother does not provide any legal citation, argument, or reference to the record in her opening brief to support what we construe to be her points of error.[3] Since Mother fails to carry her burden of establishing that the Family Court abused its discretion when it denied her post-judgment motion under Hawai'i Family Court Rules 60(b), we will not disturb the Family Court's February 11, 2016 Order. *In re RGB*, 123 Hawai'i 1, 17, 229 P.3d 1066, 1082 (2010) ("[T]he burden of establishing abuse of discretion is on appellant, and a strong showing is required to establish it." (quoting *State v. Hinton*, 120 Hawai'i 265, 273, 204 P.3d 484, 492 (2009))).

Therefore, IT IS HEREBY ORDERED that the February 11, 2016 Order Denying Defendant's Motion and Affidavit for Order to Show Cause and Relief After Order or Decree, Filed on October 8, 2015, entered by the Family Court of the Third Circuit, is affirmed.

DATED: Honolulu, Hawai'i, Decebmer 8, 2016.

On the brief:

GD,
Pro Se Defendant-Appellant.

Presiding Judge

Associate Judge

Associate Judge

---

[3] Mother's opening brief, therefore, fails to comply with Rule 28(b) of the Hawai'i Rules of Appellate Procedure.